**Fred C. HOLLAND, Plaintiff–Appellant**

v.

**U.S. DEPARTMENT OF VETERANS AFFAIRS, Defendant–Appellee.**

No. 15–2309.

United States Court of Appeals, Eighth Circuit.

Submitted: Feb. 17, 2016.

Filed: Feb. 24, 2016.

Fred C. Holland, Lexington, MN, pro se.

Craig Raymond Baune, U.S. Attorney's Office, Minneapolis, MN, for Defendant–Appellee.

Before LOKEN, MURPHY, and BYE, Circuit Judges.

PER CURIAM.

Minnesota resident Fred Holland appeals the district court's[1] dismissal of his pro se complaint alleging that the U.S. Department of Veterans Affairs erroneously cut off his worker's compensation benefits and fired him. After careful de novo review, *see Riley v. United States,* 486 F.3d 1030, 1031 (8th Cir.2007) (de novo review of dismissal for lack of subject matter jurisdiction), we conclude that dismissal was appropriate for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Michael J. Davis, United States District Judge for the District of Minnesota, adopting the report and recommendations of The Honorable Becky R. Thorson, United States Magistrate Judge for the District of Minnesota.